796 A.2d 221

IN THE MATTER OF DAVID M. GORENBERG,
AN ATTORNEY AT LAW.

April 29, 2002.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 01–073, concluding that **DAVID M. GOREN-BERG** of **CHERRY HILL,** who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.3(lack of diligence), *RPC* 1.4(failure to communicate), *RPC* 3.3(a)(1)(lack of condor toward a tribunal), *RPC* 3.4(b)(fairness to opposing counsel) and *RPC* 8.4(c)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **DAVID M. GORENBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.